# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID DIAZ** and **DEYANIRA JORGE,**
Appellants,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2022-3349

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE21010655.

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, and Jeremy F. Tyler of Geyer Fuxa Tyler, Sunrise, for appellants.

Lissette Gonzalez of Cole Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***